WENDY J. OLSON, IDAHO STATE BAR NO. 7634
UNITED STATES ATTORNEY
CHRISTOPHER S. ATWOOD, IDAHO STATE BAR NO. 7013
SPECIAL ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
800 E. PARK BOULEVARD, SUITE 600
BOISE, IDAHO 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

U.S. COURTS
NOV 14 2014
Rcvd____Filed____Time____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TARA NOELLE RIVERA,<br>and VERONICA CANTU,<br><br>Defendants. | Case No. CR 14-0237-S BLW<br><br>**INDICTMENT**<br><br>18 U.S.C. § 2<br>18 U.S.C. § 922(d)(1)<br>18 U.S.C. § 924(a)(2)<br>21 U.S.C. § 841(a)(1) and (b)(1)(C)<br>21 U.S.C. § 853 |

The Grand Jury charges:

### COUNT ONE

**Distribution of Methamphetamine**
**21 U.S.C. § 841(a)(1) and (b)(1)(C); 18 U.S.C. § 2**

On or about March 4, 2014, in the District of Idaho, the defendants, TARA NOELLE RIVERA and VERONICA CANTU, knowingly and intentionally distributed a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and did aid and abet the same, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C); and Title 18, United States Code, Section 2.

INDICTMENT - 1

## COUNT TWO

### Distribution of Methamphetamine
### 21 U.S.C. § 841(a)(1) and (b)(1)(C)

On or about March 19, 2014, in the District of Idaho, the defendant, TARA NOELLE RIVERA, knowingly and intentionally distributed a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT THREE

### Distribution of Methamphetamine
### 21 U.S.C. § 841(a)(1) and (b)(1)(C)

On or about March 19, 2014, in the District of Idaho, the defendant, TARA NOELLE RIVERA, knowingly and intentionally distributed a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT FOUR

### Sale of a Firearm to a Prohibited Person
### 18 U.S.C. § 922(d)(1)

On or about March 31, 2014, in the District of Idaho, the defendant, TARA NOELLE RIVERA, knowingly sold a firearm, that is a Jimenez Arms, Model JA Nine, 9 millimeter pistol, bearing serial number 100943, to another person, knowing and having reasonable cause to believe that person had been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(d)(1) and 924(a)(2).

## CRIMINAL FORFEITURE ALLEGATION

### Drug Forfeiture
### 21 U.S.C. § 853(a)(1) and (2)

Upon conviction of the offenses alleged in Counts One through Three of this Indictment, the defendants, TARA NOELLE RIVERA and VERONICA CANTU, shall forfeit to the United States any and all property, real and personal, tangible and intangible, consisting of or derived from any proceeds the defendants obtained directly or indirectly as a result of the foregoing drug offenses; and any and all property, real and personal, tangible and intangible, used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the foregoing offenses.

### Firearm Forfeiture
### 18 U.S.C. § 924(d); 28 U.S.C. § 2461(c)

Upon conviction of the offense alleged in Count Four of this Indictment, the defendant, TARA NOELLE RIVERA, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to: a Jimenez Arms, Model JA Nine, 9 millimeter pistol, bearing serial number 100943.

### Substitute Assets as to all Forfeiture Allegations:

If any of the property described above, as a result of any act or omission of the defendants:

a. Cannot be located upon the exercise of due diligence;

b. Has been transferred or sold to, or deposited with, a third party;

c. Has been placed beyond the jurisdiction of the court;

d. Has been substantially diminished in value; or

INDICTMENT - 3

e.  Has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property described above.

Respectfully submitted this 13 day of November, 2014.

A TRUE BILL

*/s/ [signature on reverse]*
_____
FOREPERSON

WENDY J. OLSON
UNITED STATES ATTORNEY
By:

_____
CHRISTOPHER ATWOOD
SPECIAL ASSISTANT U.S. ATTORNEY

INDICTMENT - 4